Arthur G. Rathje, defendant in error, v. Fannie Harris et al., plaintiffs in error. Gen. No. 33,166.

Opinion filed March 11, 1929.

Gallagher, Shulman & Abrams, for plaintiffs in error. Rathje, Wesemann, Hinckley & Barnard, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

Karoline Seidel et al., defendants in error, v. Margaret Holcomb et al., plaintiffs in error. Gen. No. 33,174.

Opinion filed March 11, 1929.

Joseph E. Winterbotham, for plaintiffs in error. Jacob G. Grossberg and Harold A. Fein, for defendants in error.

Mr. Justice Matchett delivered the opinion of the court.

Frank Mallick, defendant in error, v. H. L. Hagerman, trading as Hagerman Construction Company, plaintiff in error. Gen. No. 33,185.

Opinion filed March 11, 1929.

D. W. Parker, for plaintiff in error. William L. Reed, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

Veneta H. McBeath, complainant and appellee, v. George McBeath et al., defendants, on appeal of Elizabeth McBeath et al., defendants and appellants. Gen. No. 32,196.

Opinion filed March 21, 1929.

Follansbee, Shorey & Schupp, for appellants; Mitchell D. Follansbee and Paul D. Miller, of counsel. Juul & Both, for appellee; Alanson C. Noble, of counsel.

Per curiam.